UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | Criminal No. 12-357 (NLH) |
|---|---|---|
| v. | : | Fed. R. Crim. P. 12.4 |
| | : | Disclosure Statement |
| RONALD GRABAN | : | |

Pursuant to Rule 12.4 of the Federal Rules of Criminal Procedure, the United States Attorney for the District of New Jersey (Howard Wiener, Assistant United States Attorney appearing) files this disclosure statement based upon the information currently available to this Office regarding the organizational victims of the criminal activity in the above-referenced matter. This statement is submitted for the limited purposes of Rule 12.4 and should not be relied upon for any other purpose. The United States reserves the right to amend or supplement this statement to the extent this Office receives additional relevant information.

| VICTIM | Parent Corporation | Entities & Individuals owning 5% or more |
|---|---|---|
| Cisco | none | none |
| Nortel Networks | none | filed for bankruptcy January 2009 |
| CXtec | none | 100% owned by William Pomeroy |

Respectfully submitted,

PAUL J. FISHMAN
United States Attorney

By: HOWARD WIENER
Assistant United States Attorney

Dated: August 8, 2012